177 A.3d 124

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v.
DAVID RICHARDSON, DEFENDANT–PETITIONER.

C–451 September Term 2017
079745

December 13, 2017

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–005810–12 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

177 A.3d 124

ATLANTIC AMBULANCE CORPORATION, PLAINTIFF–RESPON-
DENT, v. JOHN G. CULLUM AND MARY CLARE COLLUM, DE-
FENDANT–MOVANTS. ATLANTIC AMBULANCE CORPORA-
TION, PLAINTIFF, v. HALA HITTI AND ANTOINE HITTI,
DEFENDANTS.

M–455/456/457 September Term 2017
079804

December 13, 2017

## ORDER

It is ORDERED that the motion for leave to impound the record (M–457) is granted; and it is further

ORDERED that the motions to expand the record (M–456) and for leave to appeal (M–455) are denied.